THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOSEPH CORBO, Appellant.

Submitted July 14, 1954; decided July 14, 1954.

*Joseph Corbo,* appellant in person, for motion.

*George B. De Luca, District Attorney (Walter E. Dillon* of counsel), for People of the State of New York, respondent.

Motion granted and Whitman Knapp, Esq., of New York City assigned as counsel to defendant on the appeal herein.